

Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797
+1 212 698 3500 Main
+1 212 698 3599 Fax
www.dechert.com

**MAY CHIANG**

may.chiang@dechert.com
+1 212 649 8734 Direct
+1 212 698 0441 Fax

November 5, 2024

**VIA ECF**

The Honorable Margaret M. Garnett
United States District Judge, SDNY
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 100067

    *Re: NRD Group LLC v. Centiva Capital*, 24-CV-07245

Dear Judge Garnett,

We write on behalf of Defendant Centiva Capital ("Centiva"). Centiva respectfully requests, with Plaintiffs' consent, a brief adjournment of the initial pretrial conference that is currently scheduled for November 13, 2024 (Dkt. 10). Centiva's lead counsel, Martin Black, is required to appear in a court proceeding in California on that date. If the Court's schedule permits, the parties are available on the following dates (with Plaintiffs indicating a preference for November 18 or 19):

1. November 18
2. November 19
3. November 20, afternoon only
4. November 21, afternoon only

This is Defendant's first request for adjournment of the initial pretrial conference.

Respectfully submitted,

May K. Chiang

Martin J. Black
*Pro Hac Vice Application forthcoming*

Request GRANTED. The Initial Pretrial Conference that is scheduled for November 13, 2024 is ADJOURNED until **Tuesday, November 19, 2024, at 4:00 p.m.** The joint letter and proposed Civil Case Management Plan that were due on November 6, 2024, are now due on **November 12, 2024.** The Clerk of Court is directed to terminate Dkt. No. 20.

SO ORDERED. Date 11/6/2024

HON. MARGARET M. GARNETT
U.S. DISTRICT JUDGE