SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST
NEW YORK, NY 10001
————
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

FIRM/AFFILIATE OFFICES
————
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
————
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

DIRECT DIAL
(212) 735-2419
DIRECT FAX
(917)-777-2419
EMAIL ADDRESS
DOUGLAS.NEMEC@SKADDEN.COM

November 18, 2024

**VIA ECF**

Honorable Margaret M. Garnett
United States District Court Judge
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

      RE: *NRD GP LLC and Nebula Research & Development LLC v. Centiva Capital, LP*, 1:24-cv-07245-MMG

Dear Judge Garnett:

    We represent Plaintiffs NRD GP LLC and Nebula Research & Development LLC (collectively, "Nebula") in this trade secret action against Centiva Capital, LP ("Centiva"). Pursuant to Section 6.14 of the Southern District of New York's Case Filing Rules and Instructions and Section I.D.3.ii of this Court's Individual Rules and Practices, Nebula respectfully moves for permission to partially redact its Memorandum of Law in Opposition to Centiva's Motion to Dismiss ("Opposition"). Alongside this Letter, Nebula is publicly filing its proposed sealed Opposition in redacted format as well as an unredacted Opposition fully under seal.

    Nebula seeks to provisionally seal targeted portions of the Opposition that contain information related to a potential transaction between the parties, including negotiations, which is the subject of a non-disclosure agreement ("NDA"). Nebula understands that Centiva may consider this information to be confidential business information. *See News Corp. v. CB Neptune Holdings, LLC*, No. 21 Civ. 04610, 2021 WL 3409663, at *2 (S.D.N.Y. Aug. 4, 2021) ("Courts in this District routinely seal

Hon. Margaret M. Garnett
November 18, 2024
Page 2

documents to prevent the disclosure of confidential business information."). These proposed redactions are consistent with those applied to the Complaint (ECF No. 1). They are also consistent with those applied to Centiva's Motion to Dismiss (ECF No. 25), which the Court found to be narrowly tailored to protect competitively sensitive information (ECF No. 28). Nebula has conferred with Centiva, and Centiva does not oppose sealing the information that references the parties' discussions pursuant to the NDA. Nebula, however, takes no position with respect to whether this information is actually confidential business information that warrants sealing.

We thank the Court for its consideration of this request.

Respectfully submitted,

/s/ *Douglas R. Nemec*
Douglas R. Nemec

---

Request GRANTED. The Court finds that the proposed redactions are narrowly tailored to protect competitively sensitive information. The Clerk of Court is directed to terminate Dkt. No. 30.

SO ORDERED. Date 11/22/ 2024

HON. MARGARET M. GARNETT
U.S. DISTRICT JUDGE