

Cira Centre
2929 Arch street
Philadelphia, PA 19104-2808
+1 215 994 4000  Main
+1 215 994 2222  Fax
www.dechert.com

**Martin J. Black**

martin.black@dechert.com
+1 215 994 2664  Direct

November 25, 2024

**VIA ECF**

The Honorable Margaret M. Garnett
United States District Judge, SDNY
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 100067

    Re: *NRD Group LLC, et al. v. Centiva Capital, LP*, 24-CV-07245

Dear Judge Garnett,

We represent Defendant Centiva Capital, LP ("Centiva") in the above-referenced action. On September 25, 2024, Plaintiffs NRD GP LLC and Nebula Research & Development LLC ("Nebula") filed a Complaint with this Court under seal (ECF 1). On November 4, 2024, Centiva filed a letter motion requesting permission to file its Memorandum of Law in Support of Centiva's Motion to Dismiss under seal and to propose redactions after conferring with counsel for Nebula (ECF 16; ECF 17). On November 18, 2024, your Honor accepted Defendant's proposed redactions and granted Defendant's request to seal competitively sensitive information (ECF 28). On November 22, 2024, your Honor granted Nebula's request to file portions of its Opposition to Centiva's Motion to Dismiss under seal (ECF 35).

Accordingly, pursuant to Section 6.14 of the Southern District of New York's Case Filing Rules and Instructions and Section I.D.3.ii of this Court's Individual Rules and Practices, Centiva respectfully moves for permission to file its Reply in Support of Centiva's Motion to Dismiss ("Reply") under seal. Centiva will file a public version with proposed redactions of its Reply by close of business on November 26, 2024.

Respectfully submitted,

/s/ *Martin J. Black*

Martin J. Black
*Counsel for Centiva Capital*

---

Defendant's request to file its reply brief under seal is provisionally GRANTED. Defendant is directed to request to redact the reply brief and to file proposed redactions to the brief by **November 26, 2024.** The Clerk of Court is directed to terminate Dkt. No. 38.

SO ORDERED.  Date 11/26/2024

HON. MARGARET M. GARNETT
U.S. DISTRICT JUDGE