UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NRD GP LLC, and NEBULA RESEARCH & DEVELOPMENT LLC,

                  Plaintiffs,

-against-

CENTIVA CAPITAL, LP,

                  Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/2025

24-CV-07245 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

      On July 8, 2025, Defendant filed a letter-motion to compel the production of certain communications over which Plaintiffs have asserted privilege. *See* Dkt. No. 52. By letter-motion that same day, Defendant requested to file under seal its motion to compel and the exhibits thereto. *See* Dkt. No. 51. Plaintiffs submitted a response to the motion to compel on July 10, 2025, also requesting by letter-motion to file their submissions under seal. *See* Dkt. Nos. 53, 54. Defendant and Plaintiffs subsequently requested permission to apply proposed redactions to their submissions on July 11 and 15, respectively. *See* Dkt. Nos. 56, 58.

      Having examined the materials in question and considered the parties' representations, the Court grants Defendant's and Plaintiffs' letter-motions to file their submissions under seal, to the extent they are redacted. Further, the Court finds that the proposed redactions are narrowly tailored to protect competitively sensitive information and privileged material. Although "[t]he common law right of public access to judicial documents is firmly rooted in our nation's history," this right is not absolute, and courts "must balance competing considerations against" the presumption of access. *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119–20 (2d Cir. 2006) (internal quotation marks omitted); *see also Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 599 (1978) ("[T]he decision as to access is one best left to the sound discretion of the trial court, a discretion to be exercised in light of the relevant facts and circumstances of the particular case."). The requests to seal are necessary to protect confidential business information and privileged material.

      As to the motion to compel, the Court will conduct an *in camera* review of the contested communications. Plaintiffs are hereby ORDERED to submit the communications for the Court's *in camera* review no later than July 23, 2025. Plaintiff should submit the files via email to GarnettNYSDChambers@nysd.uscourts.gov, or via a file sharing service with access provided to that email address, with any redacted information highlighted.

The Clerk of Court is directed to TERMINATE Dkt. Nos. 51 and 53.

Dated: July 17, 2025
New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge